UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MICHAEL TERRELL, | ) |
| Plaintiff(s), | ) |
| vs. | ) Case No. 4:04CV1216 JCH |
| STEVEN SCHWERB, et al., | ) |
| Defendant(s). | ) |

## **JUDGMENT**

In accordance with the Memorandum and Order entered this day and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that Defendants' Motion for Summary Judgment is **GRANTED**, and Plaintiff's claims are dismissed with prejudice.

Dated this 12th day of May, 2005.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE

PDF created with FinePrint pdfFactory trial version www.pdffactory.com